IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HELEN BAKER                                                                                       PLAINTIFF

      v.                                    Civil No. 04-4076

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

On this 4th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,412.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                            /s/ Bobby E. Shepherd
                                            HONORABLE BOBBY E. SHEPHERD
                                            UNITED STATES MAGISTRATE JUDGE